## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

In re:                                                )
                                                      )        Chapter 7
MML TOURING LLC,                                      )        Bankruptcy Case No. 23-11741-TMH
                                                      )        Bankr. BAP No. 26-22
                          Debtor.                     )
_____                     )
GEORGE L. MILLER, solely in his capacity              )
as the Chapter 7 Trustee of MML TOURING,              )
LLC,                                                  )
                                                      )
                          Appellant,                  )
                                                      )
              v.                                      )        Civil Action No. 26-491-GBW
                                                      )
ECM PRODUCTIONS, INC. and                             )
FREE ASSOCIATION LIVE, INC.,                          )
                                                      )
                          Appellees.                  )
_____                     )

### ORDER

At Wilmington, Delaware, this **1st day of June 2026**,

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals

from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023,

the Court conducted an initial review of this matter, including having gathered information from

the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the parties jointly agree that their disputes here cannot be resolved through

mediation and the Court agrees;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that

mediation is not appropriate in this matter and recommends that the assigned District Judge issue

an order withdrawing the matter from mediation.  The parties should address any request for

entry of a briefing schedule to the assigned District Judge in this matter.

_Christopher J. Burke_
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE